**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| Rodney Lashain Washington, | |
| Plaintiff, | Case No. 2:22-cv-01450-CDS-VCF |
| vs. | |
| Susan Ivany, *et al.*, | **ORDER TO ADMINISTRATIVELY CLOSE CASE** |
| Defendants. | |

I previously denied pro se plaintiff Rodney Lashain Washington's application to proceed in forma pauperis. ECF No. 3. I gave plaintiff thirty days to either file a new IFP application or pay the filing fee. *Id.* The deadline has passed, and plaintiff has not filed anything or paid the filing fee. Since plaintiff has not commenced this action, I order that this case be administratively closed.

ACCORDINGLY,

I ORDER that the Clerk of Court is directed to administratively CLOSE this case.

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

IT IS SO ORDERED.

DATED this 30th day of November 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE