UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Rodney Lashain Washington,

                      Plaintiff,

    v.

Susan Ivany, et al.,

                      Defendants

Case No. 2:22-cv-001450-CDS-VCF

Order Striking Rogue Documents

[ECF Nos. 10, 11]

        Pro se plaintiff Rodney Lashain Washington initiated this civil-rights action in September 2022. ECF No. 1. Magistrate Judge Cam Ferenbach ordered Washington to file an updated *in forma pauperis* (IFP) application on or before October 20, 2022, and if he failed to do so, Judge Ferenbach might recommend closing or dismissing this case. ECF No. 4. Washington did not comply with the order, so the case was administratively closed on November 30, 2022. ECF No. 4. Approximately two weeks later, Washington filed a motion to extend time to reopen the case, which was granted in part. ECF No. 6. The case was reopened, and Washington was directed to file an updated *in forma pauperis* (IFP) application or pay the filing fee on or before March 6, 2023. *Id.* Again, Washington failed to comply, so the case was administratively closed on March 10, 2023. ECF No. 9.

        Even though this case is closed, Washington recently filed a motion for summary judgment (ECF No. 10) and a "notice of settlement" (ECF No. 11). Both are rogue documents and are hereby stricken. *Spurlock v. F.B.I.*, 69 F.3d 1010, 1016 (9th Cir. 1995) (the district court has inherent authority to strike improper filings "to promulgate and enforce rules for the management of litigation"). This matter is closed, and Washington may not file any further documents in this action. If Washington seeks to pursue this action, he must file a new complaint in a new case and must follow the court's rules and orders. He is also reminded that

although he is proceeding pro se, he is required to comply with the Federal Rules of Civil Procedure and the local rules of this court. *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants.").

### Conclusion

IT IS THEREFORE ORDERED that plaintiff's motion for summary judgment [ECF No. 10] and "notice of settlement" [ECF No. 11] are hereby STRICKEN.

IT IS FURTHER ORDERED that plaintiff may not file any new documents into the case as it is closed.

DATED: June 7, 2023

_____
Cristina D. Silva
United States District Judge